UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY WHITE,

        Plaintiff,

   v.

AMERICA WEST LENDER SERVICES LLC, et al.,

        Defendants.

Case No. 24-cv-07059-WHO

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 7

Plaintiff Timothy White filed the above-entitled matter on October 8, 2024. [Dkt. No. 1]. Defendant America West Lender Services LLC has filed a motion to dismiss, or, in the alternative, for a more definite statement, that is set to be heard on January 8, 2025. White's opposition or response to that motion was due on November 22, 2024. As of the date of this order, White has not filed his opposition or otherwise responded.

White is ORDERED TO SHOW CAUSE why this case should not be dismissed with prejudice for failure to prosecute by **filing an opposition or other response to the motion to dismiss by January 3, 2025.** If White does not file his opposition by that date, this case may be dismissed for failure to prosecute. Fed. R. Civ. Proc. 41 (b). Any reply brief to that opposition is due January 10, 2025. The hearing on the motion to dismiss is hereby VACATED and reset for January 22, 2025.

    **IT IS SO ORDERED.**

Dated: December 4, 2024



WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California